# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICOLE BOATNER,

Appellant,

vs.

RANDY BROWN,

Respondent.

No. 84979

**FILED**

JUL 2 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order awarding respondent temporary sole legal and physical custody of the parties' minor children. First Judicial District Court, Carson City; James E. Wilson, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rule allows an appeal from a temporary custody order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"); *In re Temporary Custody of Five Minor Children*, 105 Nev. 441, 777 P.2d 901 (1989) (stating that no appeal may be taken from temporary custody orders subject to periodic mandatory review); NRAP 3A(b)(7) (allowing an appeal from a district court order that *finally* alters custody of minor children). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. James E. Wilson, District Judge
Nicole Boatner
Randy Brown
Carson City Clerk